**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Dana M. Heck                         BK NO. 17-03276 HWV

                  Debtor(s)

                                              Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ James C. Warmbrodt
                                            _____
                                            James Warmbrodt
                                            21 Aug 2020, 16:56:28, EDT

                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322