Certificate Number: 06531-PAM-DE-036564481

Bankruptcy Case Number: 17-03276


06531-PAM-DE-036564481

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 22, 2022, at 1:22 o'clock PM CDT, Dana M Heck completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 22, 2022

By: /s/Jennifer Schuler

Name: Jennifer Schuler

Title: Certified Credit Counselor