**John M. Hyams,** *Esquire*
jmh@johnhyamslaw.com

**Rich R. Gan,** *Esquire*
*Of Counsel*
rrg@johnhyamslaw.com

**Tilman P. Lawson,** *Esquire*
*Of Counsel*
tpl@johnhyamslaw.com

**IJMHI**
Law Offices Of
John M. Hyams

**Amelia C. Berdanier,** *Paralegal*
acb@johnhyamslaw.com

**Lisa M. Fuge,** *Paralegal*
lmf@johnhyamslaw.com

**Elisa A. Howard,** *Paralegal*
eah@johnhyamslaw.com

07/13/2022

US Bankruptcy Court
228 Walnut Street
Harrisburg, PA 17101

**Re:** Change of Address
Chapter 13 Bankruptcy
Dana M. Heck
Case No.: 1:17-bk-03276-HWV

Dear Sir or Madam:

Please note that the above referenced Debtor wishes to have all future correspondence mailed to:
Dana M. Heck
412 W. Fir St
Hollidaysburg, PA 16648

The Debtor no longer resides at the address listed on the Docket:
Dana M. Heck
1108 Allegheny St.
Hollidaysburg, PA 16648

We thank you in advance for your attention to this matter.

Very truly yours,

LAW OFFICES OF JOHN M. HYAMS

John M. Hyams
JMH:acb
Enclosure

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
259 W. Market Street, York, PA 17401