In re:                                                                Case No. 17-03276-HWV

Dana M. Heck                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                    Page 1 of 4

Date Rcvd: Aug 25, 2022                      Form ID: 3180W                               Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana M. Heck, 412 W Fir Street, Hollidaysburg, PA 16648-1147 |
| 4955059 | + | ACS/CLC, C/O ACS501 BLEEKER STREET, 501 BLEEKER STREET, UTICA, NY 13501-2401 |
| 4955060 | + | ASHLEY'S HOME FURNITURE, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 4961420 | + | COLLEGE LOAN CORPORATION - TRUST 1 on behalf of, MHEAC d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 4955067 | + | DRESSBARN, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 4955072 | + | LEE HSP CU, 320 MAIN ST, JOHNSTOWN, PA 15901-1601 |
| 4955075 | + | Office of Attorney General, Financial Enforcement Section, Strawberr, Harrisburg, Pennsylvania 17120-0001 |
| 4955077 | + | PA STA EMPCU, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 4955087 | | United States Attorney, PO Box 11754, Harrisburg, Pennsylvania 17108-1754 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4955058 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 25 2022 18:36:00 | 1ST NATL BK, 4140 E STATE ST, HERMITAGE, PA 16148-3401 |
| 4955062 | + | EDI: CAPITALONE.COM | Aug 25 2022 22:48:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 4955063 | + | EDI: CAPITALONE.COM | Aug 25 2022 22:48:00 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 4955064 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | CARE CREDIT, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 4978466 | + | EDI: BASSASSOC.COM | Aug 25 2022 22:48:00 | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 4955065 | + | EDI: CRFRSTNA.COM | Aug 25 2022 22:48:00 | CREDIT FIRST, POB 81315, CLEVELAND, OH 44181-0315 |
| 4974325 | | EDI: CRFRSTNA.COM | Aug 25 2022 22:48:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4955061 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 25 2022 18:36:00 | Bureau of Employer Tax Oper, PO Box 68568, Harrisburg, Pennsylvania 17106 |
| 4955066 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | DICKS SPORTING GOODS, P.O. BOX 965005, ORLANDO, FL 32896-5005 |
| 4955074 | + | EDI: CITICORP.COM | Aug 25 2022 22:48:00 | MACYS, PO BOX 8218, MASON, OH 45040 |
| 4994898 | | EDI: Q3G.COM | Aug 25 2022 22:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5066317 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 25 2022 18:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4955068 | + | EDI: WFNNB.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 25 2022 22:48:00 | EDDIE BAUER, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4961044 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 25 2022 18:36:00 | First National Bank of Pennsylvania, 4140 E State Street, Hermitage, PA 16148-3401 |
| 4955069 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4955070 | | EDI: IRS.COM | Aug 25 2022 22:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 4955071 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | JCPENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 4955073 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 4955076 | | EDI: PENNDEPTREV | Aug 25 2022 22:48:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4955076 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 18:36:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4955078 | + | Email/PDF: ebnotices@pnmac.com | Aug 25 2022 18:48:26 | PENNYMAC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 4999302 | | Email/PDF: ebnotices@pnmac.com | Aug 25 2022 18:48:17 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 4955079 | | EDI: PRA.COM | Aug 25 2022 22:48:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, Virginia 23502 |
| 4984661 | | EDI: PRA.COM | Aug 25 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4955510 | + | EDI: RECOVERYCORP.COM | Aug 25 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5001936 | | EDI: Q3G.COM | Aug 25 2022 22:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4955080 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4955081 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | SYNCB/AMEG D, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4992813 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4955082 | + | EDI: WTRRNBANK.COM | Aug 25 2022 22:48:00 | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5004138 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 18:36:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4955083 | + | EDI: CITICORP.COM | Aug 25 2022 22:48:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4955084 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | TJ MAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 4955085 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | TOYS R US, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4955086 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 25 2022 18:36:00 | U.S. Department of Justice, PO Box 227, Ben Frankling Station, Washington, District of Columbia 20044 |
| 4999403 | | EDI: USBANKARS.COM | Aug 25 2022 22:48:00 | U.S. Bank National Association, Bankruptcy |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, PO Box 108, St. Louis MO 63166-0108 |
| 4955089 | | EDI: USBANKARS.COM | Aug 25 2022 22:48:00 | US BANK, CB DISPUTESPO BOX 108, PO BOX 108, SAINT LOUIS, MO 63166 |
| 4955088 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Aug 25 2022 18:36:00 | United States Trustee, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 4955090 | + | EDI: WFNNB.COM | Aug 25 2022 22:48:00 | VICTORIA'S SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4955091 | | EDI: RMSC.COM | Aug 25 2022 22:48:00 | WALMART, PO BOX 965024, EL PASO, TX 79998 |
| 4955092 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | WOLFS FURNITURE, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5066318 | *+ | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Dana M. Heck jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Mario John Hanyon | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Richard Raymond Gan | |

        on behalf of Plaintiff Michael Heck richlaw1@comcast.net

Thomas Song

        on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Dana M. Heck<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2686<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-03276-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dana M. Heck

8/25/22

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 1:17-bk-03276-HWV    Doc 64    Filed 08/27/22    Entered 08/28/22 00:21:33    Desc
Imaged Certificate of Notice    Page 5 of 7

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**